**STATE of Missouri, Respondent,**

v.

**William S. MILLER, Appellant.**

**No. ED 100239.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 26, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2014.

Amy E. Lowe, St. Louis, MO, for appellant.

Chris A. Koster, Attorney General, Todd T. Smith, Asst. Attorney General, Jefferson City, MO, for respondent.

Before KURT S. ODENWALD, P.J. and ROBERT G. DOWD, Jr. and GARY M. GAERTNER, JR., JJ.

### ORDER

PER CURIAM.

William S. Miller appeals from the judgment entered on his conviction for kidnapping, arguing there was insufficient evidence that his purpose in kidnapping was to terrorize the victim. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).